THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 2:12-cv-00064-MR-DLH

| | |
|---|---|
| MELISSA JADICK and RICHARD H. JADICK, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>)<br>BRANCH BANKING AND TRUST CO., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the mediator's report to the Court advising that this matter has been completely settled. [Doc. 21]. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: May 8, 2014

Martin Reidinger
United States District Judge